**Daniel CASHMAN, Petitioner— Appellant,**

v.

**Joseph S. WARCHOL; et al., Respondents—Appellees.**

No. 07–15070.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 24, 2008.

Daniel Cashman, El Dorado Hills, CA, pro se.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

## MEMORANDUM **

Daniel Cashman appeals pro se from the district court's dismissal of his habeas petition challenging his minor son's pretrial detention, and the district court's order denying his post-judgment motions. We dismiss the appeal as moot.

Because Cashman's son was convicted subsequent to the filing of the petition in district court and is no longer a pretrial detainee, this appeal is moot. *See Barker*

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*v. Estelle,* 913 F.2d 1433, 1440 (9th Cir. 1990); *Burnett v. Lampert,* 432 F.3d 996, 999–1001 (9th Cir.2005).

Although Cashman also seeks to challenge his son's guilty-plea conviction, his son had not been convicted at the time the habeas petition was filed in district court and, therefore, Cashman's claim is not cognizable on appeal. *See Belgarde v. Montana,* 123 F.3d 1210, 1216 (9th Cir.1997).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.